No. 98–10. JEFFERSON COUNTY, ALABAMA v. ACKER, SENIOR JUDGE, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA, ET AL. C. A. 11th Cir. Certiorari granted limited to the following questions: "1. Whether the District Court had subject matter jurisdiction over this action in light of the Tax Injunction Act, 28 U. S. C. § 1341? 2. Whether a county privilege/occupational tax levied upon the pay or compensation of an Article

III judge violates the Supremacy Clause?"